**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CHARA JOHNSON**                                                                                     **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 3:14CV926 HTW-LRA**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPNAY**                                                        **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. Plaintiff was granted until August 15, 2016, to provide her contact information to the Court and to show cause as to why she had not participated in the July 25, 2016 scheduled hearing. Further, plaintiff was advised that failure to respond to the court's Order by September 27, 2016, she may jeopardize her case being dismissed.

This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, THIS THE 30th DAY OF September, 2016.**

                                                          **s/ HENRY T. WINGATE**
                                                          **UNITED STATES DISTRICT JUDGE**